v. *Stearns Farms Realty, Inc.*, 117 R.I. 387, 391, 367 A.2d 714, 717 (1977).

After considering the briefs in the case and listening to oral argument, we are of the opinion that the plaintiffs have failed to show cause, and consequently, the appeal is hereby denied and dismissed. Mr. Justice Joslin did not participate. *Oster, Groff & Prescott, George M. Prescott*, for plaintiffs. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr., John T. Walsh*, (for defendants Marion Heywood and Henry W. Cooke Co.).

May 17, 1979.

M. P. No. 79-108. ROBERT J. COLPRIT, JR. *v.* WESTERLY SCHOOL COMMITTEE. The petition for writ of certiorari is denied. *Capalbo & Capalbo, Thomas J. Capalbo, Thomas J. Capalbo, Jr.*, for petitioner. *Turano & Turano, John J. Turano*, for respondent.

M. P. No. 79-144. LUCY MURPHY *et al. v.* JAMES P. O'NEILL *et al.* The petition for writ of certiorari is denied. *Nugent & Nugent, J. Joseph Nugent, Jr., Alfred J. Gemma*, for plaintiffs-respondents. *James L. O'Neill*, pro se, for defendants-petitioners.

M. P. No. 79-182. JOSEPH RAIMONDO *v.* JOSEPH BEVILACQUA. The petition for writ of habeas corpus is denied. Chief Justice Bevilacqua did not participate. *John F. Cicilline*, for petitioner. *Dennis J. Roberts II*, Attorney General, *James J. B. Wigglesworth*, Special Assistant Attorney General, for respondent.

M. P. No. 79-184. BRISTOL AND WARREN GAS COMPANY *v.* EDWARD F. BURKE *et al.* The petition for writ of certiorari and motion for stay of the order of the Public Utilities Commission are denied. *Coffey, McGovern, Noel & Novogroski, W. Kenneth O'Donnell*, for petitioners. *Dennis J. Roberts II*, Attorney General, *Carl I. Freedman, Harry Weiss*, Rhode Island Legal Services, Inc. (for The Coalition for Consumer Justice), for respondents.